USCA1 Opinion

 

 September 15, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-2231 LESTER KATZ, Plaintiff, Appellant, v. DENNIS ROBERTS, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Frank H. Freedman, Senior U.S. District Judge] __________________________ ____________________ Before Selya, Circuit Judge, _____________ Campbell, Senior Circuit Judge, ____________________ and Boudin, Circuit Judge. _____________ ____________________ Lester Katz on brief pro se. ___________ Scott Harshbarger, Attorney General, and James S. Whitcomb, __________________ ___________________ Assistant Attorney General, on brief for appellee. ____________________ ____________________ Per Curiam. The judgment of the district court is __________ affirmed for the reasons stated in the district court's ________ October 26, 1993 memorandum and order and in the magistrate judge's November 23, 1992 report and recommendation adopted by the district court.